IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03394-WJM-BNB

NET-LINX AMERICAS, INC.,

Plaintiff,

v.

THE BERRY COMPANY, LLC,

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Agreed Motion to Extend Scheduling Order** [docket no. 23, filed July 31, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

      Expert Witness Disclosures:
            The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 30, 2014**;

            The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 31, 2014**;

| | |
|---|---|
| Discovery Cut-off: | **November 26, 2014**; |
| Dispositive Motion Deadline: | **December 10, 2014**; |

      IT IS FURTHER ORDERED that the Pretrial Conference set for December 18, 2014, is **vacated and reset to February 25, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **February 18, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: July 31, 2014