IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03394-WJM-BNB

NET-LINX AMERICAS, INC.,

Plaintiff,

v.

THE BERRY COMPANY, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Extend Case Schedule** [docket no. 38, filed December 1, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The dispositive motion deadline is extended to and including **February 18, 2015**.  The Pretrial Conference set for February 25, 2015, is **vacated and reset to April 29, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **April 22, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

IT IS FURTHER ORDERED that the Plaintiff's Motion for Leave to File a Reply [33] is GRANTED.  The operative Reply can be found at docket entry no. 37.

DATED:  December 1, 2014